UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKY ALLEN, | 3:08-CV-00430-RCJ(VPC) |
| Plaintiff, | **ORDER** |
| v. | |
| E.K. MCDANIEL, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Valerie P. Cooke, (#40[1]) entered on August 31, 2010, recommending granting Defendants' Motion for Summary Judgment (#31). No objections have been filed.

The Court has conducted it's *de novo* review in this case, has fully considered the response of the Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#40) entered on August 31, 2010, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#40) entered on August 31, 2010, is adopted and accepted, and Defendants' Motion for Summary Judgment (#31) is GRANTED. The Clerk of the Court shall enter Judgment accordingly.

IT IS SO ORDERED.

DATED: this 21st day of September, 2010.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

---

[1] Refers to court's docket number.