AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****  DISTRICT OF   NEVADA

RICKY ALLEN,

    Plaintiff,

V.

E.K. McDANIEL, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:08-CV-00430-RCJ-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendants' [31] Motion for Summary Judgment is GRANTED.

| | |
|---|---|
| September 22, 2010 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |